# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5025

**Roor International BV, et al**

Plaintiff

vs.

**Norridge Tobacco, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint for Injunctive Relief and Damages**

PARTY SERVED: **NORRIDGE TOBACCO**

PERSON SERVED: **MOH SHALTT, EMPLOYEE**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **10/22/2019 at 7:33 PM**

ADDRESS, CITY AND STATE: **7048 W. FOREST PRESERVE DR, NORRIDGE, IL 60706**

DESCRIPTION: **White, Male, 25, 5'9", 180 lbs, Brown hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Steven A. Stosur, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 23rd day of October, 2019.

_Joan C. Harenberg_  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**  
FILE #:

Tracking #: **419858**